214

[Middlecott v. Bodkin]

Richard Middlecutt plaint. contᵃ Dominick Bodkin Defendᵗ according to Attachmᵗ Dat: Decembʳ 21ᵗʰ 1672. The Accion was tried but the Defendᵗ not being in yᵉ Country judgment is not to bee Entred till next Court. Vide p: 125.